10 FEB 12  AM 10 10

SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>  v.<br><br>Cassandra HARRIS,<br><br>    Defendant. | Magistrate Case No.: '10 MJ 8143<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on February 11, 2010, within the Southern District of California, defendant Cassandra HARRIS did knowingly and intentionally import approximately 20.02 kilograms (44.04 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Brandon Stiefer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF FEBRUARY 2010.

_____
PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
       v.
Cassandra HARRIS

                         STATEMENT OF FACTS

       This statement of facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Stiefer.

       On February 11, 2010, Cassandra HARRIS (HARRIS) was arrested for attempting to smuggle approximately 20.02 kilograms (44.04 pounds) of cocaine through the Calexico, California, West Port of Entry.  HARRIS was the driver, registered owner, and sole occupant of a 2005 Mazda 6 bearing California license plate 6KRA526. HARRIS presented her California driver's license as proof of citizenship.

       During pre-primary inspection, Customs and Border Protection Officer R. Navarro's Human/Narcotic Detector Dog alerted to the vehicle. Customs and Border Protection (CBPO) G. Medina received a negative Customs declaration, and inquired as to HARRIS' destination.   HARRIS stated that she was en route to San Diego, California to meet her brother's boss. HARRIS stated she has lived in Mexicali, Mexico for the past two months. HARRIS and the vehicle were referred to secondary.

       A subsequent inspection of the vehicle revealed 18 packages concealed within the spare tire and rear seat area of the vehicle.  A random package was probed by CBPO Medina, producing a white, powdery substance, which field-tested positive for cocaine. The 18 packages had a combined net weight of approximately 20.02 kilograms (44.04 pounds).

       HARRIS was placed under arrest and advised of her rights per Miranda, which she acknowledged and waived, agreeing to answer questions without the presence of an attorney.   HARRIS stated approximately one month ago she received a random phone call to her cell phone from an individual who called himself "'T." HARRIS stated "T" informed her, he needed her to smuggle narcotics for him. HARRIS further stated "T" told her she needed to smuggle 10 loads for him, and once she did, she would be free to go.  HARRIS told "T" she didn't know who he was and he

needed to leave her alone.  HARRIS stated "T" told her there was a man in a vehicle out front of her apartment building and she needed to get in the car and go with him. HARRIS stated she did not have anywhere else to go, so she decided to get in the vehicle with the unknown man.  HARRIS stated she was then transported to Mexicali, Mexico, where she had been held in a room for approximately three weeks.  HARRIS stated she was given the Mazda 6 sometime during her stay in Mexicali, and she was told to drive the vehicle across the border in an effort to legitimize the vehicle and its license plates.

HARRIS stated on February 3, 2010, she drove her first load of narcotics into the United States and instructed to drive to a parking lot in Riverside, California.   HARRIS was informed she was being followed, as well as being monitored via Global Positioning System (GPS).  HARRIS arrived at the parking lot, in Riverside, parked the vehicle, and turned it over to two individuals who were waiting for her.  HARRIS stated she stayed in the parking lot for approximately 20 minutes before the vehicle was returned to her. HARRIS then returned to Mexicali.

HARRIS stated she wasn't sure if narcotics were in the vehicle this time, but she suspected there were.  HARRIS stated she was not being paid to smuggle the narcotics into the United States.

HARRIS was booked into the San Diego Metropolitan Correctional Center pending her initial appearance before a U.S. Magistrate Judge.